**Donald C. Allensworth, Plaintiff-Appellant, v. Mrs. Amy Mildred Elliott, Defendant-Appellee.**

**Gen. No. 11,267.** 

Second District, First Division.

June 9, 1959.

Released for publication June 29, 1959.

Donald C. Allensworth, pro se, appellant; no appearance for appellee. Opinion by PRESIDING JUSTICE SPIVEY. Not to be published in full.